UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS A. ARICER, ET AL.**                                                                 **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 1:05CV240 LTS-JMR**

**MISSISSIPPI POWER COMPANY, ET AL.**                                          **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion to remand is hereby **GRANTED**;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

**SO ORDERED** this 15th day of November, 2005.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge